UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **TANNER WOLCOTT** and **ALICIA WOLCOTT**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**ELYRIA FOUNDRY HOLDINGS, LLC** and **ELYRIA FOUNDRY COMPANY LLC**,<br><br>Defendants. | Case No. 1:24-cv-01832 |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: December 10, 2024

By: */s/ Terence R. Coates*
Terence R. Coates (0085579)
Dylan J. Gould (0097954)
MARKOVITS STOCK & DE MARCO, LLC
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
tcoates@msdlegal.com
dgould@msdlegal.com

Raina C. Borrelli (*Pro Hac Vice*)
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610

Dated: December 10, 2024

By: */s/ Thomas I. Moran*
Thomas I. Moran
MULLEN COUGHLIN - BEAVERCREEK
70 Birch Alley
Beavercreek, OH 45440
Telephone: (267) 930-2085
tmoran@mullen.law

*Attorney for Defendants*

Chicago, Illinois 60611
T: (872) 263-1100
F: (872) 263-1109
raina@straussborrelli.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I, Terence R. Coates, hereby certify that on December 10, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 10th day of December, 2024.

                        By: */s/ Terence R. Coates*
                             Terence R. Coates (0085579)
                             MARKOVITS STOCK & DE MARCO, LLC
                             119 East Court Street, Suite 530
                             Cincinnati, Ohio 45202
                             Telephone: (513) 651-3700
                             Facsimile: (513) 665-0219
                             tcoates@msdlegal.com