IT IS SO ORDERED.
/s/ *David A. Ruiz*
U.S. District Judge
12/11/2024

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **TANNER WOLCOTT** and **ALICIA WOLCOTT**, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**ELYRIA FOUNDRY HOLDINGS, LLC** and **ELYRIA FOUNDRY COMPANY LLC**,<br><br>　　　　　　　　Defendants. | Case No. 1:24-cv-01832 |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: December 10, 2024

By: /s/ *Terence R. Coates*
Terence R. Coates (0085579)
Dylan J. Gould (0097954)
MARKOVITS STOCK & DE MARCO, LLC
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
tcoates@msdlegal.com
dgould@msdlegal.com

Raina C. Borrelli (*Pro Hac Vice*)
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610

Dated: December 10, 2024

By: /s/ *Thomas I. Moran*
Thomas I. Moran
MULLEN COUGHLIN -
BEAVERCREEK
70 Birch Alley
Beavercreek, OH 45440
Telephone: (267) 930-2085
tmoran@mullen.law

*Attorney for Defendants*

Chicago, Illinois 60611
T: (872) 263-1100
F: (872) 263-1109
raina@straussborrelli.com

*Attorneys for Plaintiffs*